UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> (1) ASCENTIAL SOFTWARE CORPORATION; <br> (2) BUSINESS OBJECTS SA <br> (3) BUSINESS OBJECTS AMERICA; <br> (4) CA, INC.; <br> (5) COGNOS, INC.; <br> (6) COGNOS CORPORATION; <br> (7) DATAMIRROR, INC.; <br> (8) FIORANO SOFTWARE, INC.; <br> (9) HUMMINGBIRD LTD.; <br> (10) INTERNATIONAL BUSINESS MACHINES CORPORATION; <br> (11) INFORMATICA CORPORATION; <br> (12) INFORMATION BUILDERS, INC. <br> (13) INTERSYSTEMS CORPORATION, <br> (14) IWAY SOFTWARE COMPNAY; <br> (15) METASTORM, INC.; <br> (16) MICROSOFT CORPORATION; <br> (17) OPEN TEXT CORPORATION; <br> (18) SOFTWARE AG; <br> (19) SOFTWARE AG, INC.; <br> (20) SYBASE, INC.; and <br> (21) WEBMETHODS, INC. <br><br> Defendants. | CIVIL ACTION NO. 2:07-CV-00359-LED <br><br> **JURY DEMAND** |

**DEFENDANT COGNOS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Cognos, Inc. respectfully moves the Court for an extension of time to file an answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement.

A/72275221.1

Defendant Cognos, Inc. requests an extension of time to file an answer or otherwise respond to Plaintiff's Original Complaint for Patent Infringement until October 31, 2007.  Counsel for Plaintiff does not oppose this Motion.

WHEREFORE, PREMISES CONSIDERED, Cognos, Inc. respectfully moves the Court to extend the deadline as set forth above and award it such other and further relief as it may show itself justly entitled.

DATED: October 24, 2007

ATTORNEYS FOR COGNOS, INC.

By: _____/s/_____
   Gregory L. Lippetz

BINGHAM McCUTCHEN LLP
Gregory L. Lippetz  (SBN 154228)
Three Embarcadero Center
San Francisco, California 94111
Telephone:   (415) 393-2500
Facsimile:    (415) 393-2286
gregory.lippetz@bingham.com

## CERTIFICATE OF SERVICE

      I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 24th day of October, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                      _____/s/_____
                                          Gregory L. Lippetz