IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **JUXTACOMM TECHNOLOGIES, INC.,** § | |
| § | |
| **Plaintiff** § | |
| § | |
| vs. § | **CIVIL ACTION NO. 2:07-cv-359 LED** |
| § | |
| **ASCENTIAL SOFTWARE** § | |
| **CORPORATION,** *et al.,* § | |
| § | |
| **Defendants.** § | |

### [PROPOSED] ORDER DENYING PLAINTIFF JUXTACOMM TECHNOLOGIES, INC'S MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS

The Court having reviewed Plaintiff JuxtaComm Technologies, Inc.'s MOTION FOR LEAVE TO AMEND ITS INFRINGEMENT CONTENTIONS, hereby orders that it is denied to the extent it pertains to Defendant Informatica Corporation ("Informatica") for the reasons set forth in Informatica's opposition thereto.

**IT IS SO ORDERED.**