IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC. § § **Plaintiff** § § vs. § § ASCENTIAL SOFTWARE § CORPORATION, BUSINESS OBJECTS § SA, BUSINESS OBJECTS AMERICA, § CA, INC., COGNOS CORPORATION, § DATAMIRROR, INC., FIORANO § SOFTWARE, INC., HUMMINGBIRD § LTD., INTERNATIONAL BUSINESS § MACHINES CORPORATION, § INFORMATICA CORPORATION, § INFORMATION BUILDERS, INC., § METASTORM, INC., MICROSOFT § CORPORATION, OPEN TEXT § CORPORATION, SOFTWARE AG, INC., § SYBASE, INC., WEBMETHODS, INC., § and INTERSYSTEMS CORPORATION, § § **Defendants** | CASE NO. 2:07CV359 PATENT CASE |

**ORDER**

This is a preliminary order concerning the claim construction of U.S. Patent No. 6,195,662 ("the '662 patent"). The Court's determination of disputed terms in the '662 patent are listed in the chart below. A full claim construction opinion will be forthcoming.

| Term or Phrase | Court's Construction |
|---|---|
| **distribution system** | [AGREED] a computer system for importing data from a source computer system, transforming the imported data and exporting the transformed data to a target computer system |
| **systems interface** | an interface to the distribution system |
| **data transformation rule sets** | a collection of rules for transforming data |
| **rule** | one or more statements |
| **script** | a group of commands to control data movement into and out of the |

| | |
|---|---|
| | system, and to control data transformation within the system |
| **metadata database** | [Agreed] a database that stores the logical import and export data interfaces, data transformation rule sets and scripts used by the system |
| **script processor** | software component that processes a script |
| **utilizing metadata from the metadata database** | using metadata from a metadata database |
| **said distribution system** | [AGREED] a computer system for importing data from a source computer system, transforming the imported data and exporting the transformed data to a target computer system |
| **rule set processor responsive to said script processor** | software component that processes rule sets responsive to said script processor |
| **data bag** | [AGREED] a data bag is stored in non-persistent memory, is created by the script processor and exists while the script is running, and contains both generic format data and definitions of that data |
| **data bag for storing imported data** | [AGREED] a data bag for storing imported data before it is transformed |
| **data bag for storing export data** | [AGREED] a data bag for storing export data after it is transformed |
| **import data bag** | [AGREED] a data bag for storing imported data before it is transformed |
| **export data bag** | [AGREED] a data bag for storing export data after it is transformed |

**So ORDERED and SIGNED this 10th day of February, 2009.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**