IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § | |
| | § | |
| | § | |
| VS. | § | CIVIL NO. 2:07CV00359 (LED) |
| | § | |
| | § | |
| ASCENTIAL SOFTWARE CORP. | § | |

## MEDIATOR'S REPORT

Pursuant to the Court's order mediation was reconvened among the Plaintiff and Defendant, Microsoft Corp. on August 6, 2009. All appropriate parties appeared and participated. Mediation has been suspended, with mediator involved settlement discussions continuing.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 7th day of August, 2009.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR