IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-00359-LED |
| | § | |
| (1) ASCENTIAL SOFTWARE CORPORATION, | § | |
| (2) BUSINESS OBJECTS SA, | § | |
| (3) BUSINESS OBJECTS AMERICAS, | § | |
| (4) INTERNATIONAL BUSINESS MACHINES CORPORATION, | § | |
| (5) INFORMATICA CORPORATION and | § | |
| (6) MICROSOFT CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | |

## NOTICE OF UNOPPOSED MOTION

Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") notifies the Court and all counsel herein that JuxtaComm's July 31, 2009 *Opposed Motion to Correct Deposition Transcript* (Docket No. 638) is now unopposed by Defendants Ascential Software Corporation, Microsoft Corporation and International Business Machines Corporation.[1]  Therefore, JuxtaComm files the following corrected Certificate of Conference:

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(i), the undersigned certifies that: (1) counsel has complied with the meet and confer requirement in Local Rule CV-7(h); (2) counsel for JuxtaComm communicated with counsel for Defendants who stated that Defendants do not oppose JuxtaComm's *Motion to Correct Deposition Transcript* (Docket No. 638).

_____
R. LAURENCE MACON

---

[1] Defendants Business Objects SA, Business Objects Americas and Informatica Corporation were not contacted because JuxtaComm has reached a settlement with these Defendants and has negotiated or is in the process of negotiating a written settlement agreement.

1

| | |
|---|---|
| Dated: August 14, 2009 | Akin Gump Strauss Hauer & Feld LLP<br><br>*/s/ R. Laurence Macon*<br>R. LAURENCE MACON<br>State Bar No. 12787500<br>lmacon@akingump.com<br>KIRT S. O'NEILL<br>State Bar No. 00788147<br>koneill@akingump.com<br>300 Convent Street, Suite 1600<br>San Antonio, Texas 78205-3732<br>Telephone: (210) 281-7000<br>Fax: (210) 224-2035<br><br>STEVEN M. ZAGER<br>State Bar No. 22241500<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Fax: (212) 872-1002<br><br>MICHAEL L. KIKLIS<br>District of Columbia Bar No. 462690<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Fax: (202) 887-4288<br><br>– and –<br><br>**LOCAL COUNSEL**<br><br>T. JOHN WARD, JR.<br>**WARD & SMITH LAW FIRM**<br>P.O. Box 1231<br>Longview, Texas 75606-1231<br>Telephone: (903) 757-6400<br>Fax: (903) 757-2323<br>jw@jwfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**JUXTACOMM TECHNOLOGIES, INC.** |

## CERTIFICATE OF SERVICE

  The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Disclosure of Asserted Claims and Infringement Contentions was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 14th day of August, 2009.


_____
R. LAURENCE MACON