# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:07-CV-359 LED <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT OF NO INFRINGEMENT

Before this Court is Defendant Microsoft's Microsoft Corporation's Motion for Summary Judgment of No Infringement, and the Court is of the opinion that the Motion should be GRANTED.

50668767