IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., § | |
| § | |
| Plaintiff § | CIVIL ACTION NO. 2:07-CV-359-LED |
| § | |
| v. § | |
| § | JURY DEMANDED |
| ASCENTIAL SOFTWARE CORPORATION, § | |
| *et al.* § | |
| § | |
| Defendants § | |

**ORDER AMENDING DOCKET CONTROL ORDER**

Came on for consideration the parties' Joint Motion to Amend Docket Control Order. The Court having considered said motion is of the opinion that same should be granted.

IT IS, THEREFORE, ORDERED that the Docket Control Order (Docket No. 174) is amended as follows:

| Activity | New Deadline |
|---|---|
| Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority, and Form of the Verdict for jury trials | September 17, 2009 |
| Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials on equitable claims and defenses | 14 days after the close of all evidence at trial |

**So ORDERED and SIGNED this 17th day of August, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**