IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § § | |
| PLAINTIFF, | § § | |
| v. | § § | Civil Action No. 2:07-CV-00359-LED |
| (1) ASCENTIAL SOFTWARE CORPORATION, <br> (2) BUSINESS OBJECTS SA, <br> (3) BUSINESS OBJECTS AMERICAS, <br> (4) INTERNATIONAL BUSINESS MACHINES CORPORATION, <br> (5) INFORMATICA CORPORATION, <br> (6) MICROSOFT CORPORATION, | § § § § § § § § § § | **JURY TRIAL DEMANDED** |
| DEFENDANTS. | § | |

## PLAINTIFF'S REBUTTAL TRIAL WITNESS LIST

Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm"), pursuant to the Court's Docket Control Order, identifies as potential rebuttal trial witnesses all individuals identified and categorized on Plaintiff's Trial Witness List (Docket No. 640), as well as all individuals indentified and categorized on IBM's Trial Witness List (Docket No. 639) and Microsoft's Trial Witness List (Docket No. 641). JuxtaComm reserves the right to also call as rebuttal witnesses, any witnesses appearing on any rebuttal trial witness lists filed by the Defendants. JuxtaComm's inclusion of Defendants' opening and rebuttal witnesses in its Rebuttal Trial Witness List is done without waiving any right to object to Defendants' presentation of such witnesses at trial, without waiving any objections to the admissibility of the testimony and without waiving the right to move to exclude the testimony. JuxtaComm reserves the right to amend and/or supplement its Rebuttal Trial Witness

List to the extent permitted by the Federal Rules of Civil Procedure, by the Local Rules or by Order of this Court.

Dated: August 18, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ R. Laurence Macon*
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

STEVEN M. ZAGER
State Bar No. 22241500
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

– and –

LOCAL COUNSEL

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
JUXTACOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Trial Witness List was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 18th day of August, 2009.

_R. Laurence Macon_
R. LAURENCE MACON

6391334 v1