IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC. § <br> § <br> PLAINTIFF, § <br> § <br> v. § <br> § <br> (1) ASCENTIAL SOFTWARE § <br>     CORPORATION, § <br> (2) BUSINESS OBJECTS SA, § <br> (3) BUSINESS OBJECTS AMERICAS, § <br> (4) INTERNATIONAL BUSINESS § <br>     MACHINES CORPORATION, § <br> (5) INFORMATICA CORPORATION and § <br> (6) MICROSOFT CORPORATION § <br> § <br>     DEFENDANTS. § | Civil Action No. 2:07-CV-00359-LED |

## JOINT STATUS REPORT AND
## MOTION TO EXTEND TEMPORARY STAY OF DOCKET CONTROL ORDER

Pursuant to the Court's July 29, 2009 *Order Granting Temporary Stay of Docket Control Order* ("Order Granting Stay" - Docket No. 637), Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") and Defendant Informatica Corporation (individually "Informatica" and collectively with JuxtaComm, "the Parties") file this Joint Status Report and Motion to Extend Temporary Stay of Docket Control Order. The Parties respectfully state as follows:

1.      At the request of the Parties, the Court entered the Order Granting Stay, temporarily staying the deadlines in the Docket Control Order (Docket No. 174) as to the claims and defenses by and between JuxtaComm and Informatica only. The temporary stay was for a period of thirty (30) days. The purpose of the stay was to give the Parties the time needed to finalize and execute a settlement agreement.

2. All differences regarding the terms of the written settlement agreement have been resolved, and it is anticipated that the settlement agreement will be fully executed within the next 7-10 business days.

3. Within an additional 10 business days from the execution of the settlement agreement, the parties will jointly move to dismiss the claims between them.

4. Accordingly, the Parties request that the Court extend the temporary stay of the dates in the Docket Control Order for an additional 30 days to provide the time needed to execute the settlement agreement and submit the motion for dismissal.

5. This request for an extension of the temporary stay of the Docket Control Order as to JuxtaComm and Informatica is not made purely for delay but so that justice may be done.

**PRAYER**

For the foregoing reasons, JuxtaComm and Informatica respectfully request, only as to the claims and counterclaims by and between them, that this Court extend the temporary stay of the Docket Control Order for an additional 30 days and for such other and further relief to which they are justly entitled.

| | |
|---|---|
| Dated August 25, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>*/s/ R. Laurence Macon*<br>R. LAURENCE MACON<br>State Bar No. 12787500<br>lmacon@akingump.com<br>KIRT S. O'NEILL<br>State Bar No. 00788147<br>koneill@akingump.com<br>300 Convent Street, Suite 1600<br>San Antonio, Texas 78205-3732<br>Telephone: (210) 281-7000<br>Fax: (210) 224-2035<br><br>STEVEN M. ZAGER<br>State Bar No. 22241500<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Fax: (212) 872-1002<br><br>MICHAEL L. KIKLIS<br>District of Columbia Bar No. 462690<br>1333 New Hampshire Ave., N.W.<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Fax: (202) 887-4288<br><br>– and –<br><br>**LOCAL COUNSEL**<br><br>T. JOHN WARD, JR.<br>**WARD & SMITH LAW FIRM**<br>P.O. Box 1231<br>Longview, Texas 75606-1231<br>Telephone: (903) 757-6400<br>Fax: (903) 757-2323<br>jw@jwfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>JUXTACOMM TECHNOLOGIES, INC.**<br><br>- and – |

3

FENWICK & WEST LLP

/s/ Ryan Tyz (by R. Laurence Macon with permission)
RYAN TYZ
Silicon Valley Center
801 California Street

Mountain View, CA 94041-2008
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200
rtyz@fenwick.com

**ATTORNEY FOR DEFENDANT INFORMATICA CORPORATION**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 25th day of August, 2009.

_R. Laurence Macon_
R. LAURENCE MACON