IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:07-CV-00359-LED <br><br> **JURY TRIAL DEMANDED** |

**MICROSOFT CORPORATION'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL TIME REPORTING OF TRIAL PROCEEDINGS**

Pursuant to the Court's Docket Control Order, Defendant Microsoft Corporation (referred to as "Microsoft") hereby request daily transcripts and real time reporting of the Court proceedings for trial.  Microsoft further notifies the Court that a copy of this Notice is being submitted via electronic mail to the Court Reporter, Shea Sloan, at

Shea_Sloan@txed.uscourts.gov.

| | |
|---|---|
| Dated:  August 27, 2009 | Respectfully submitted, |
| | **FISH & RICHARDSON P.C.** |
| | By:  /s/ Kelly C. Hunsaker |
| | Ruffin C. Cordell<br>Texas Bar No. 04820550<br>(e-mail: cordell@fr.com)<br>FISH & RICHARDSON P.C.<br>1425 K Street, 11th Floor<br>Washington, DC 20005<br>Telephone:  (202) 783-5070<br>Facsimile:  (202) 783-2331 |
| | Kelly C. Hunsaker (admitted pro hac vice)<br>(e-mail: hunsaker@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Ste. 500<br>Redwood City, CA 94063<br>Telephone:  (650) 839-5070<br>Facsimile:  (650) 839-5071 |
| | W. Chad Shear<br>Texas State Bar No. 24013493<br>(e-mail: shear@fr.com)<br>P. Weston Musselman, Jr.<br>Texas State Bar No. 14749600<br>(e-mail: musselman@fr.com)<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone:  (214) 747-5070<br>Facsimile:  (214) 747-2091 |
| | Eric H. Findlay<br>Texas State Bar No. 00789886<br>(e-mail: efindlay@findlaycraft.com)<br>FINDLAY CRAFT, LLP<br>6760 Old Jacksonville Highway, Suite 101<br>Tyler Texas  75703<br>Telephone:  (903) 534-1100<br>Facsimile:  (903) 534-1137 |
| | Counsel for Defendant<br>MICROSOFT CORPORATION |

50670033

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 27, 2009 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by U.S. Mail.

                                                        */s/ Kelly C. Hunsaker*
                                                         Kelly C. Hunsaker

50670033