#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-00359-LED |
| | § | |
| (1) ASCENTIAL SOFTWARE CORPORATION, | § § | |
| (2) BUSINESS OBJECTS SA, | § | |
| (3) BUSINESS OBJECTS AMERICAS, | § | |
| (4) INTERNATIONAL BUSINESS MACHINES CORPORATION, | § § | |
| (5) INFORMATICA CORPORATION and | § | |
| (6) MICROSOFT CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | |

**MOTION TO WITHDRAW OPPOSITION (DOCKET. NO. 444)**
**TO PLAINTIFF'S MOTION TO AMEND CONTENTIONS (DOCKET NO. 403)**

Defendant Informatica Corporation ("Informatica") files this Motion to Withdraw its *Response in Opposition to Plaintiff's Motion for Leave to Amend Infringement Contentions* (Docket No. 444). Informatica and Plaintiff JuxtaComm Technologies, Inc. have reached an amicable resolution of all claims between them in the underlying lawsuit and will seek dismissal of those claims.

**WHEREFORE**, Informatica respectfully requests that its Opposition be withdrawn and that it be granted such other and further relief to which it may be entitled.

DATED:  September 2, 2009         **FENWICK & WEST**

>     /s/ *Ryan Tyz*
> Ryan Tyz
> Silicon Valley Center
> 801 California Street
>
> Mountain View, CA 94041-2008
> Telephone:     (650) 988-8500
> Facsimile:     (650) 938-5200
> rtyz@fenwick.com
>
> **ATTORNEYS FOR DEFENDANT
> INFORMATICA CORPORATION**

### CERTIFICATE OF CONFERENCE

Counsel for defendant Informatica certifies that Counsel for Plaintiff consented to this motion.

>     */s/ Ryan Tyz*
>       Ryan Tyz

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this Motion was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(b)(1) on September 2, 2009.

>     /s/ *Ryan Tyz*
> RYAN TYZ

6395319 v2