IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:07-CV-359 LED |

## JOINT STIPULATION REGARDING DEFENDANTS' INEQUITABLE CONDUCT COUNTERCLAIMS AND AFFIRMATIVE DEFENSES

Pursuant to this Joint Stipulation regarding Defendants' inequitable conduct counterclaims and affirmative defenses, JuxtaComm Technologies Inc. ("JuxtaComm"), Ascential Software Corporation ("Ascential"), International Business Machines Corporation ("IBM" and collectively with Ascential, the "IBM Defendants"), and Microsoft Corporation ("Microsoft") agree to the following:

1. Microsoft and the IBM Defendants withdraw with prejudice their existing affirmative defenses of inequitable conduct (Microsoft's Answer and Counterclaim to JuxtaComm's Second Amended Complaint for Patent Infringement (Docket No. 353), Eighth Affirmative Defense; IBM Defendants' Answer to Plaintiff's Second Amended Complaint and Counterclaim (Docket No. 349), Twelfth Affirmative Defense).

2. Microsoft and the IBM Defendants withdraw with prejudice their existing counterclaims for declaratory judgment of unenforceability due to inequitable conduct (Microsoft's Answer and Counterclaim to JuxtaComm's Second Amended Complaint for Patent Infringement (Docket No. 353), Counterclaim Count III: Declaratory Relief Regarding

Enforceability; IBM Defendants' Answer to Plaintiff's Second Amended Complaint and Counterclaim (Docket No. 349), Second Counterclaim for Declaratory Judgment of Unenforceability).

    3.    JuxtaComm withdraws its Motion to Strike or, Alternatively, for Partial Summary Judgment on Defendants' Claims of Inequitable Conduct (Docket No. 654).

    4.    Nothing in this stipulation will bar or otherwise prevent Microsoft or the IBM Defendants from raising in any future litigation concerning U.S. Pat. No. 6,195,662 any claim or defense of inequitable conduct based on evidence of inequitable conduct not presently known to Microsoft or the IBM Defendants.

    4.    Nothing in this stipulation will bar or otherwise prevent Microsoft or the IBM Defendants from raising in this or any future patent infringement litigation claims or defenses of inequitable conduct that may occur during the reexamination of U.S. Pat. No. 6,195,662.

    6.    Each party will bear its own costs and fees in connection with Microsoft's and IBM's withdrawn inequitable conduct defenses and counterclaims.

AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ R. Laurence Macon/*

R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

STEVEN M. ZAGER
State Bar No. 22241500
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Fax: (713) 236-0822

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

T. JOHN WARD, JR.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

Attorneys For Plaintiff
JuxtaComm Technologies, Inc.

FITZPATRICK, CELLA, HARPER & SCINTO

By: /s/ James E Marina
---
Donald J. Curry
Marc J. Pensabene
30 Rockefeller Plaza
New York, New York 10112
(212) 218-2100

John M. Desmaris
Robert A. Appleby
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Eric M. Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449

Attorneys for Defendants Ascential Software Corp., Cognos Corp., DataMirror, Inc. and International Business Machines Corp.

FISH & RICHARDSON P.C.


By: <u>/s/ Kelly C. Hunsaker</u>
Ruffin C. Cordell
Texas Bar No. 04820550
(e-mail: cordell@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Kelly C. Hunsaker (admitted pro hac vice)
(e-mail: hunsaker@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

W. Chad Shear
Texas State Bar No. 24013493
(e-mail: shear@fr.com)
P. Weston Musselman, Jr.
Texas State Bar No. 14749600
(e-mail: musselman@fr.com)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Eric H. Findlay
Texas State Bar No. 00789886
(e-mail: efindlay@findlaycraft.com)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137


Counsel for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 3, 2009, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Kelly C. Hunsaker
---
Kelly C. Hunsaker

50670157.doc