IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § § § | |
| PLAINTIFF, | § § | |
| v. | § § | Civil Action No. 2:07-CV-00359-LED |
| (1)  ASCENTIAL SOFTWARE CORPORATION,<br>(2)  BUSINESS OBJECTS SA,<br>(3)  BUSINESS OBJECTS AMERICAS,<br>(4)  INTERNATIONAL BUSINESS MACHINES CORPORATION,<br>(5)  INFORMATICA CORPORATION and<br>(6)  MICROSOFT CORPORATION | § § § § § § § § § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal of Plaintiff JuxtaComm Technologies, Inc.'s claims against Defendant Informatica Corporation and Defendant Informatica Corporation's counterclaims against Plaintiff JuxtaComm Technologies, Inc. The Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counterclaims or causes of action asserted in this suit by and between Plaintiff JuxtaComm Technologies, Inc. and Defendant Informatica Corporation are hereby dismissed with prejudice.

It is further ORDERED that all costs, expenses and attorneys fees are to be borne by the party that incurred them.

1