IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-00359-LED |
| | § | |
| (1) ASCENTIAL SOFTWARE CORPORATION, | § | |
| (2) BUSINESS OBJECTS SA, | § | |
| (3) BUSINESS OBJECTS AMERICAS, | § | |
| (4) INTERNATIONAL BUSINESS MACHINES CORPORATION, | § | |
| (5) INFORMATICA CORPORATION and | § | |
| (6) MICROSOFT CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | |

**ORDER GRANTING MOTION TO WITHDRAW OPPOSITION (DOCKET NO. 444)
TO PLAINTIFF'S MOTION TO AMEND CONTENTIONS (DOCKET NO. 403)**

On this day the Court considered Defendant Informatica Corporation's *Motion to Withdraw its Response in Opposition to Plaintiff's Motion for Leave to Amend Infringement Contentions* ("Motion to Withdraw"). After considering the pleadings, the Court is of the opinion that the Motion to Withdraw should be GRANTED.

ORDERED, ADJUDGED AND DECREED that Defendant Informatica Corporation's *Response in Opposition to Plaintiff's Motion for Leave to Amend Infringement Contentions* (Docket No. 444) is withdrawn.

So ORDERED and SIGNED this 8th day of September, 2009.



_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE