IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § § § § | |
| PLAINTIFF, | | |
| v. | § § | Civil Action No. 2:07-CV-00359-LED |
| (1) ASCENTIAL SOFTWARE CORPORATION, | § § § § § | |
| DEFENDANTS. | | |

## ORDER GRANTING JOINT MOTION
## TO EXTEND TIME TO FILE REPLY BRIEFING

Came on for consideration, Plaintiff JuxtaComm Technologies, Inc. and Defendants Ascential Software Corporation, International Business Machines Corporation and Microsoft Corporation's (collectively, "the Parties") *Joint Motion for Leave to Exceed Page Limit and to Extend the Time to File Reply Briefing*. The Court having considered said motion is of the opinion that same should be GRANTED.

IT IS, THEREFORE, ORDERED that the deadline for filing the reply briefing shall be extended from September 17, 2009 to September 18, 2009.