IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:07-CV-359 LED |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Pursuant to Rule (6)b of the Federal Rules of Civil Procedure, Plaintiff JuxtaComm Technologies, Inc. and Defendants Ascential Software Corporation, International Business Machines Corporation, and Microsoft Corporation request a modification of the Docket Control Order as follows:

| Activity | Current Deadline | Proposed New Deadline |
|---|---|---|
| Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials | September 17, 2009 | October 9, 2009 |

The parties agree that this proposed modification will not affect any other deadlines, is so that justice may be done, and is not for any improper purpose.

WHEREFORE, the parties respectfully request this Court enter the accompanying Agreed Order Setting forth the amendments to the Docket control Order and grant such other and further relief that is just and proper.

AKIN GUMP STRAUSS HAUER & FELD LLP


By: /s/ R. Laurence Macon
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

STEVEN M. ZAGER
State Bar No. 22241500
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Fax: (713) 236-0822

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288


T. JOHN WARD, JR.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

Attorneys For Plaintiff
JuxtaComm Technologies, Inc.

FITZPATRICK, CELLA, HARPER & SCINTO

By: /s/ James E. Marina
Donald J. Curry
Marc J. Pensabene
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

John M. Desmaris
Robert A. Appleby
James E. Marina
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022
(212) 446-4800

Eric M. Albritton
ALBRITTON LAW FIRM
111 West Tyler Street
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449

Attorneys for Defendants Ascential Software Corp., Cognos Corp., DataMirror, Inc. and International Business Machines Corp.

FISH & RICHARDSON P.C.


By:   */s/ Kelly C. Hunsaker*
     Ruffin C. Cordell
     Texas Bar No. 04820550
     (e-mail: cordell@fr.com)
     FISH & RICHARDSON P.C.
     1425 K Street, 11th Floor
     Washington, DC 20005
     Telephone: (202) 783-5070
     Facsimile: (202) 783-2331

     Kelly C. Hunsaker (admitted pro hac vice)
     (e-mail: hunsaker@fr.com)
     FISH & RICHARDSON P.C.
     500 Arguello Street, Ste. 500
     Redwood City, CA 94063
     Telephone: (650) 839-5070
     Facsimile: (650) 839-5071

     W. Chad Shear
     Texas State Bar No. 24013493
     (e-mail: shear@fr.com)
     P. Weston Musselman, Jr.
     Texas State Bar No. 14749600
     (e-mail: musselman@fr.com)
     FISH & RICHARDSON P.C.
     1717 Main Street, Suite 5000
     Dallas, TX 75201
     Telephone: (214) 747-5070
     Facsimile: (214) 747-2091

     Eric H. Findlay
     Texas State Bar No. 00789886
     (e-mail: efindlay@findlaycraft.com)
     FINDLAY CRAFT, LLP
     6760 Old Jacksonville Highway, Suite 101
     Tyler Texas 75703
     Telephone: (903) 534-1100
     Facsimile: (903) 534-1137


Counsel for Defendant
MICROSOFT CORPORATION

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 15, 2009, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                     */s/ Kelly C. Hunsaker*
                                        Kelly C. Hunsaker

50673392