IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC. § § | |
| PLAINTIFF, § § | |
| v. § | Civil Action No. 2:07-CV-00359-LED |
| § § | |
| ASCENTIAL SOFTWARE CORP., ET AL., § § | |
| DEFENDANTS. § | |

## ORDER AMENDING DOCKET CONTROL ORDER

Came on for consideration the Joint Motion to Amend Docket Control Order of Plaintiff JuxtaComm Technologies, Inc. and Defendants Ascential Software Corporation, International Business Machines, and Microsoft Corporation. The Court having considered said motion is of the opinion that same should be granted. IT IS, THEREFORE, ORDERED that the Docket Control Order (Docket No. 174) is amended as follows:

| Activity | New Deadline |
|---|---|
| File Trial Exhibit List and Joint Pretrial Order | September 24, 2009 |
| Serve Rebuttal Designations and Objections to Deposition Testimony | October 5, 2009 |
| Serve Objections to Rebuttal Deposition Testimony | October 12, 2009 |

1