IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-00359-LED |
| | § | |
| ASCENTIAL SOFTWARE CORP., ET AL., | § | |
| | § | |
| DEFENDANTS. | § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") and Defendants Ascential Software Corporation, International Business Machines, and Microsoft Corporation (collectively, "the Defendants") request modifications of certain deadlines in the Docket Control Order (Docket No. 174) and Joint Final Pretrial Order (Docket No. 725) and show as follows:

1. JuxtaComm and the Defendants have conferred and agree to an extension of the deadlines in the Docket Control Order regarding the filing of (i) rebuttal designations and objections to deposition testimony, (ii) objections to rebuttal deposition testimony; (iii) the joint proposed jury instructions and verdict form; and (iv) pre-trial objections:

| Activity | Current Deadline | Proposed Deadline |
|---|---|---|
| File Counter Deposition Designations & Objections to Opening Deposition Designations | October 5, 2009 | October 13, 2009 |
| File Joint Proposed Jury Instructions & Verdict Form | October 9, 2009 | October 23, 2009 |

| | | |
|---|---|---|
| File Objections to Counter Deposition Designations and file any Rebuttal Deposition Designations | October 12, 2009 | October 20, 2009 |
| File Pre-Trial Objections | October 19, 2009 | October 26, 2009 |
| File Responses to Motions in Limine | October 19, 2009 | October 23, 2009 |

2. The parties' agreement will not affect any pending hearing or trial dates in this matter.

WHEREFORE, JuxtaComm and the Defendants respectfully request this Court enter the accompanying Agreed Order setting forth amendments to the Docket Control Order and grant further relief that is just and proper.

Dated October 3, 2009                    **Akin Gump Strauss Hauer & Feld LLP**

*/s/ R. Laurence Macon*
———————————————————
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

STEVEN M. ZAGER
State Bar No. 2604153
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

– and –

LOCAL COUNSEL

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
JUXTACOMM TECHNOLOGIES, INC.**

-and-

**FITZPATRICK CELLA HARPER & SCINTO**

/s/ Marc J. Pensabene (R. Laurence Macon with permission)
Marc J. Pensabene
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
Telephone: (212) 218-2100
Facsimile: (212) 218-2200
mpensabene@fchs.com

**ATTORNEYS FOR DEFENDANTS
ASCENTIAL SOFTWARE CORPORATION
and INTERNATIONAL BUSINESS MACHINES
CORPORATION**

- and –

**FISH & RICHARDSON P.C.**

/s/ W. Chad Shear (R. Laurence Macon with permission)
W. Chad Shear, SBN 230602
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
shear@fr.com

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 3rd day of October, 2009.

R. LAURENCE MACON