**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 2:07-CV-359 LED |
| ASCENTIAL SOFTWARE CORPORATION, et al., | |
| Defendants. | |

**<u>DEFENDANTS' NOTICE OF PRIOR ART UNDER 35 U.S.C. § 282</u>**

In addition to the items expressly listed in this notice, the Defendants' also incorporate by reference all information set forth in the following as if set forth herein:

- Defendants' Amended Invalidity Contentions Concerning U.S. Patent 6,195,662 dated 11/24/2008 and any other supplements thereto.

- Expert Report of Mr. Colin White, dated May 1, 2009.

- Expert Report of Dr. Doris L. Carver, dated May 1, 2009.

- Expert Report of Dr. Peter Alexander, dated May 8, 2009.

- Rebuttal Expert Report of Dr. Doris L. Carver, dated June 15, 2009.

- Rebuttal Expert Report of Dr. Peter Alexander, dated June 16, 2009.

- Supplemental Expert Report of Dr. Peter Alexander, dated August 10, 2009.

### A.    Patents and Patent Applications.

| No. | Title | Country | Date | Inventors |
|---|---|---|---|---|
| 1. | United States Patent No. 5,970,490 – Integration Platform for Heterogeneous Databases [DEFS 45036 - 45066] | USA | Issued: 10/19/1999 Filed: 11/4/1997 | Mathew Morgenstern |
| 2. | United States Patent No. 5,497,491 – System and Method for Importing and Exporting Data Between and Object Oriented Computing Environment and an External Computing Environment [DEFS 33131 – 33157] | USA | Issued: 03/05/1996 Filed: 01/26/1993 | Herman Mitchell; William Rich; Floyd Shackelford |
| 3. | United States Patent No. 5,708,828 – System for Converting Data from Input Environment Using First Format to Output Data Environment Using Second Format By Executing the Associations Between Their Fields [DEFS00035701 – DEFS00035742] | USA | Issued: 01/13/1998 Filed: 05/25/1995 | J. Todd Coleman |
| 4. | File History for United States Provisional Patent Application Serial No. 60-028,640 [DEFS00072997 – DEFS00073486] | USA | Filed: 10/18/1996 | Vladimir Gorelik; Craig Powers; John Zicker; Nicholas Englehart |
| 5. | File History for United States Provisional Patent Application Serial No. 60-028,725 [DEFS00073487 – DEFS00073966] | USA | Filed: 10/18/1996 | Vladimir Gorelik; Craig Powers |
| 6. | File History for United States Provisional Patent Application Serial No. 60-028,970 [DEFS00073967 – DEFS00074535] | USA | Filed: 10/18/1996 | Terris J. Linenbach; Vladimir Gorelik; Craig Powers; Robert E. Powers; Tana C. Netsch |

| 7. | United States Patent No. 5,119,465 - System For Selectively Converting Plurality of Source Data Structures Through Corresponding Source Intermediate Structures, and Target Intermediate Structures Into Selected Target Structure [DEFS00044178 – DEFS00044208] | USA | Issued: 6/2/1992 Filed: 6/19/1989 | Martin L. Jack; Richard Gumbel |
|---|---|---|---|---|
| 8. | United States Patent No. 5,627,979 - System and Method For Providing A Graphical User Interface For Mapping And Accessing Objects In Data Stores [DEFS00041965 – DEFS00042003] | USA | Issued: 5/6/1997 Filed: 7/18/1994 | Daniel T. Chang; Christina Lau; Taejae Lee |
| 9. | United States Patent No. 5,652,874 - Computer-Implemented Method And An Apparatus For Inputting Data Structure Characteristics [DEFS00039523 – DEFS00039539] | USA | Issued: 7/29/1997 Filed: 6/7/1995 | Craig Upson; Chee S. Yu |
| 10. | United States Patent No. 5,911,074 - Process For Manipulating Data Models Used In Software Engineering [DEFS00044209 – DEFS00044226] | USA | Issued: 6/8/1999 Filed: 12/6/1996 | Elisabeth LePrince; Robert Carosso; James Kiso; Edward Strassberger |
| 11. | United States Patent No. 5,930,794 - Database Repository With Deferred Other Publications [DEFS00035463 – DEFS00035475] | USA | Issued: 7/27/1999 Filed: 11/26/1996 | Terris J. Linenbach; Vladimir Gorelik; Craig Powers; Robert Powers; Tana Netsch |

| 12. | United States Patent No. 6,038,558 – Extensible Database Retrieval and Viewing Architecture [DEFS00048615 – DEFS00048621] | USA | Issued: 5/14/2000 Filed: 10/17/1997 | Craig Powers; Vladimir Gorelik |
|---|---|---|---|---|
| 13. | United States Patent No. 6,317,737 B1 – Data Descriptions in a Database System [DEFS00029075 – DEFS00029081] | USA | Issued: 11/13/2001 Filed: 10/17/1997 | Vladimir Gorelik; Craig R. Powers; John E. Zicker; Nicholas Engelhart |
| 14. | United States Patent No. 5,432,925 – System for providing a uniform external interface for an object oriented computing system [IBM09149399 – 414] | USA | Issued: Jul 11, 1995 Filed: Aug 4, 1993 | Robert L. Abraham, Charles B. Harvey, Jr., Teresa E. Merrick, Herman Mitchell, Adrienne Tin, James R. Wason |
| 15. | United States Patent No. 5,765,161 – Method for encapsulating data from non-object-oriented datastores as datastore persistent objects [IBM09149760 – 72] | USA | Issued: Jun 9, 1998 Filed: Oct 25, 1996 | Kenneth R. Blackman, Jack L. Howe, III |
| 16. | United States Patent No. 5,278,978 – Method and system for describing and exchanging data between heterogeneous database systems with data converted by the receiving database system [IBM09156160 – 74] | USA | Issued: Jan 11, 1994 Filed: Mar 26, 1990 | Richard A. Demers, Bruce G. Lindsay, Roger A. Reinsch, Melvin R. Zimowski |
| 17. | United States Patent No. 6,263,342 – Federated searching of heterogeneous datastores using a federated datastore object [IBM09160854 – 901] | USA | Issued: Jul 17, 2001 Filed: Apr 1, 1998 | Daniel T. Chang, Siyi Terry Donn, Douglas Michael Hembry, Tae Jae Lee, Basuki N. Soetarman, Robert N. Summers, Frank C. Tung |

| 18. | United States Patent No. 5,727,158 – Information repository for storing information for enterprise computing system | USA | Issued: Mar 10, 1998 Filed: Sep 22, 1995 | M'hamed Bouziane, Robert C. Webber, III, Vincent A. Mastro, Charles P. Rehberg, Barbara A. Nichols, Roxanne N. Myers |
|---|---|---|---|---|
| 19. | United States Patent No. 5,909,681 – Computer system and computerized method for partitioning data for parallel processing | USA | Issued: Jun 1, 1999 Filed: Mar 25, 1996 | Anthony Passera, John R. Thorp, Michael J. Beckerle, Edward S. A. Zyszkowski |
| 20. | United States Patent No. 5,995,980 – System and method for database update replication | USA | Issued: Nov 30, 1999 Filed: Jul 23, 1996 | Jack E. Olson, Thomas G. Price |
| 21. | United States Patent No. 6,311,265 – System and method for database update replication | USA | Issued: Oct 30, 2001 Filed: Mar 25, 1996 | Michael J. Beckerle, James Richard Burns, Jerry L. Callen, Jeffrey D. Ives, Robert L. Krawitz, Daniel L. Leary, Seven Rosenthal, Edward S. A. Zyzkowski |
| 22. | United States Patent No. 6,356,901 B1 – Method and Apparatus for Import, Transform and Export of Data [MSJX00247792-MSJX00247811] | USA | Issued: 03/12/2002 Filed: 12/16/1998 | Stewart MacLeod; Casey L. Kiernan |

B.     **Publications/Articles/Documents.**

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 1. | "An Integration Platform for Heterogeneous Databases: The DAISy System" Xerox Corporation, pp. 1- 18 [SAG 5884299] | 1996 | Mathew Morgenstern |
| 2. | The InfoPump 1.0 User Guides [DEFS00107662 – DEFS00108018; CA 177249 - 177581] | 1993 | Channel Computing, Inc. |
| 3. | Have you read about these exciting new InfoPump applications? [DEFS00025868 - DEFS00025871] | 1995 | Trinzic Corporation |
| 4. | InfoPump [DEFS0025470 - DEFS0025475] | 03/31/1995 | Trinzic Corporation |
| 5. | IPBD spreadsheet: List of Customers for InfoPump, pp.1 – 4. [DUDLEY000181-DUDLEY000184] | | Trinzic Corporation |
| 6. | InfoPump Technical Document - Scott Prager  [DEFS00021585 – DEFS00021617; DEFS0025508-DEFS0025540] | | Scott Prager |
| 7. | InfoPump, Commonly Asked Questions, pp. 1 – 13, [DEFS00012257 – DEFS00012277; DEFS0025759 - DEFS0025779] | 05/25/1995 | Trinzic Corporation |
| 8. | SAS, A Programmer's Guide, J. Ranade IBM Series, [DEFS00087212 – DEFS0087544] | 1988 | Monte Aronson and Alvera Aronson; SAS Software, Inc. |
| 9. | Advanced Transformer User's Guide, Release 2.0 of the Data Interpretation System [DEFS00027814 – DEFS00028077] | 06/1994 | Metaphor, Inc. |
| 10. | Capsule User's Guide, Release 2.0 of the Data Interpretation System [DEFS00096161 – DEFS00096326] | 06/1994 | Metaphor, Inc. |
| 11. | Form Design User's Guide, Release 2.0 of the Data Interpretation System [DEFS0044234 – DEFS00044481] | 06/1994 | Metaphor, Inc. |
| 12. | Plot User's Guide, Release 2.0 of the Data Interpretation System [DEFS00044482 – DEFS00044643] | 06/1994 | Metaphor, Inc. |
| 13. | Query User's Guide, Release 2.0 of the Data Interpretation System [DEFS00032988 – DEFS00033130] | 06/1994 | Metaphor, Inc. |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 14. | Spreadsheet User's Guide, Release 2.0 of the Data Interpretation System [DEFS00044644 – DEFS00044847] | 06/1994 | Metaphor, Inc. |
| 15. | Transformer User's Guide, Release 2.0 of the Data Interpretation System, [DEFS00044848 – DEFS00045035] | 06/1994 | Metaphor, Inc. |
| 16. | Data Entry User's Guide, Release 2.0 of the Data Interpretation System [DEFS0008958 – DEFS0009053] | 06/1994 | Metaphor, Inc. |
| 17. | Regression and Time Series Analysis Transformer's User's Guide, Release 2.0 of the Data Interpretation System [DEFS0009105 – DEFS0009446] | 06/1994 | Metaphor, Inc. |
| 18. | Browser's User's Guide, Release 2.0 of the Data Interpretation System [DEFS00015187 – DEFS00015298] | 06/1994 | Metaphor, Inc. |
| 19. | Form Design User's Guide, Release 2.0 of the Data Interpretation System [DEFS00015299 – DEFS00015546] | 06/1994 | Metaphor, Inc. |
| 20. | Significance and Sample Testing, Transformer's User's Guide, Release 2.0 of the Data Interpretation System [DEFS00015547 – DEFS00015770[ | 06/1994 | Metaphor, Inc. |
| 21. | SQL Entry User's Guide, Release 2.0 of the Data Interpretation System [DEFS00021620 – DEFS00021693] | 06/1994 | Metaphor, Inc. |
| 22. | Press Release: Sagent Technology Unveils Industry's First Integrated Data Mart Solution for Microsoft Windows NT [DEFS00029082 – DEFS00029084] | 08/05/1996 | Sagent Technology, Inc. |
| 23. | Sagent and Group 1 source code [DEFS00095770] | | Sagent Technology, Inc. |
| 24. | Sagent Data Mart Administrator's Guide Release 1.0 BETA 2 [DEFS00035476 – DEFS00035615] | 09/1996 | Sagent Technology, Inc. |
| 25. | Sagent Design Studio User's Guide Release 1.0 BETA 2 [DEFS00048717-DEFS00048846] | 09/1996 | Sagent Technology, Inc. |
| 26. | Sagent Information Studio Getting Started Release 1.0 BETA 2 [DEFS00048622 - DEFS00048716] | 09/1996 | Sagent Technology, Inc. |
| 27. | Sagent Data Mart Solution [DEFS00048849 - DEFS00048854] | 02/1997 | Joseph Williams |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 28. | Declaration of John Zicker Re Authentication of Computer Code for Sagent 1.0 and Documents Establishing the Sale of the Code for Sagent 1.0 [INFB00895.000126 - INFB00895.000142] | 06/21/2006 | John Zicker |
| 29. | Invoice from Sagent Technology, Inc. to Automatic Data Processing [INFB00895.000140] | 05/22/1996 | Sagent Technology, Inc. |
| 30. | Sagent Technology Alpha Documentation [DEFS00095579 - DEFS00095760] | 4/15/1996 | Sagent Technology, Inc. |
| 31. | Sagent Technology, Inc. Version One Product Requirements [DEFS00093912 - DEFS00093940] | 08/1995 | Sagent Technology, Inc. |
| 32. | Sagent Technology, Inc. Information Studio - Getting Started - Release 1.0, pp. 1 - 98 – [Produced on DEFS00095770] | 10/1996 | Sagent Technology, Inc. |
| 33. | Sagent Technology, Inc. Design Studio User's Guide - Release 1.0, pp. 1 – 144, [Produced on DEFS00095770] | 10/1996 | Sagent Technology, Inc. |
| 34. | Sagent Technology, Inc. Sagent Administrator's Guide - Release 1.0, pp. 1 – 154, [Produced on DEFS00095770] | 10/1996 | Sagent Technology, Inc. |
| 35. | "Sagent Offers One-Stop Data Shopping--Review:Data Mart Solution 2.0 ably meets data management analysis, extraction needs" PC Week [DEFS00048847 – DEFS00048848] | 05/12/1997 | John Shumate |
| 36. | OmniSQL Server System Administration Guide [DEFS00095893 – DEFS00096157] | 1993 | Jim Cluett, Sybase, Inc. |
| 37. | Sybase OmniSQL Server Installation Guide for Sun OS Release 4.x (BSD) Release 10.1 [DEFS00082405 – DEFS00082469] | 11/1/1993 | Jim Cluett, Sybase, Inc. |
| 38. | Sybase OmniSQL Server Server Class and Utilities Reference Manual Release 10.1 [DEFS00082264 – DEFS00082404] | 11/1/1993 | Jim Cluett, Sybase, Inc. |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 39. | Client/Server Design Database with Sybase, McGraw- Hill. [SYB_71043 - 71631] | 12/23/1996 | George W. Anderson |
| 40. | ETI EXTRACT Data Systems Library Handbook for C/Sybase Release 1.2 [DEFS 74931 – DEFS00075018] | 06/1996 | Evolutionary Technologies, Inc. |
| 41. | Sybase Developer's Guide, Sams Publ., [SYB_71632 – 2345] | 1994 | Daniel Worden, Sybase, Inc. |
| 42. | SAS/ACCESS Interface to Sybase and SQL Server: Usage and Reference Version 6 First Edition, [DEFS00086928 – DEFS00087211] | 1993 | SAS Institute, Inc. |
| 43. | Sybase Architecture and Administration [DEFS00079749 – DEFS00080162] | 1993 | John Kirkwood |
| 44. | Sybase OmniConnect User's Guide Release 10.5.x [DEFS00081809 – DEFS00082053] | 08/15/1995 | Jim Cluett, Sybase, Inc. |
| 45. | "A Data Warehouse Using the SAS System" Proceedings of the Twenty-First Annual SAS Users Group International Conference [DEFS00077497 – DEFS00077506 | 1996 | Harriet Janes, et al., |
| 46. | How SAS Works, A Comprehensive Introduction to the SAS System, pp.1 – 193, [DEFS00083068 – DEFS00083269] | 1990 | Paul Herzberg |
| 47. | SAS Guide to the SQL Procedure: Usage and Reference Version 6 First Edition, [DEFS00084719 – DEFS00084951] | 1989 | SAS Institute, Inc. |
| 48. | SAS Language and Procedures: Usage 2 [DEFS00083270 – DEFS00083949] | 1991 | SAS Institute, Inc. |
| 49. | SAS Macro Language: Reference First Edition, [DEFS00086623 – DEFS00086927] | 1997 | SAS Institute, Inc. |
| 50. | SAS/ACCESS Interface to Sybase and SQL Server: Usage and Reference Version 6 First Edition, [DEFS00086928 – DEFS00087211] | 1993 | SAS Institute, Inc. |
| 51. | SAS/Warehouse Admininistrator User's Guide Release 1.1, First Edition [DEFS00077350 – DEFS00077496] | 1997 | SAS Institute, Inc. |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 52. | A Relational Model of Data for Large Shared Databanks, Communications of the ACM, Vol. 13, No. 6 | 1970 | E.F. Codd |
| 53. | InfoPump Source Code (e.g., DEF EXH. NOS. 497, 866, 2447-62, 2470) | 1991 | Trinzic Corporation |
| 54. | CA Licensed Contracts for Specified Products [CA00027794-850] | | CA, Inc. |
| 55. | Email from Prager to DeSantis and attachment [IBM09126097-100] | 7/30/1993 | Scott Prager |
| 56. | "Tool Tackles Database Download Bottleneck - Trinzic's InfoPump simplifies data migration," Computer World | 04/12/1993 | Gary Anthes |
| 57. | Revolutionizing Data Migration [DEFS00042398 – DEFS00042416] | 10/1996 | Wayne Eckerson |
| 58. | "Is Client/Server Dead?" pp. 1 – 31. [INFB 149.001 - 149.032] | 12/1996 | Wayne Eckerson |
| 59. | DCLE User Reference Guide Release 1.2 [DEFS00013018 - DEFS00013189] | 09/1996 | Reliant Data Systems, Inc. |
| 60. | DCLE Command Reference Guide Release 1.0 [DEFS00012839 – DEFS00013017] | 07/1996 | Reliant Data Systems, Inc. |
| 61. | DCLE Command Reference Guide Release 2.1 DEFS00009655 – DEFS00009826] | 1997 | Reliant Data Systems, Inc. |
| 62. | DCLE Command Reference Guide, Release 1.0, [DEFS00042417- DEFS00042595] | 07/1996 | Reliant Data Systems, Inc. |
| 63. | DCLE MVS Configuration Guide Version 3.4.0 [DEFS00016360- DEFS00016423] | 1998 | Reliant Data Systems, Inc. |
| 64. | DCLE User Reference Guide Release 2.1 [DEFS00013190 – DEFS00013379] | 1997 | Reliant Data Systems, Inc. |
| 65. | DCLE User Reference Guide Version 3 [DEFS0009827 – DEFS00010081] | 1998 | Reliant Data Systems, Inc. |
| 66. | DCLE Script Reference Guide Version 3.4.0 [DEFS00021703- DEFS00021779] | 1998 | Reliant Data Systems, Inc. |
| 67. | "Building a Corporate Information System, The Role of the Data Mart, pp. 1 – 20. [DEFS00095238 – DEFS00095259] | 02/1997 | Colin J. White, Database Associates, International |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 68. | Declaration of John Zicker re Authentication of Computer Code for Sagent 1.0 and Documents Establishing the Sale of the Code for Sagent 1.0 [INFB00895.000126 – 142] | 06/21/2006 | John Zicker |
| 69. | Data Collection Agent Design - Caveat Emptor: This is work in progress, pp. 1 – 18 [DEFS00093500 - DEFS00093517] | 1/25/1996 | Vladimir Gorelik |
| 70. | Sagent Source Code – "block.cpp" file | | Sagent Technology, Inc. |
| 71. | Data Junction Cambio User's Guide Version 5.1 Data Junction makes the connection, pp. 1 – 108 [DEFS00022087 – DEFS00022202] | 02/1996 | Tools & Techniques, Inc. |
| 72. | "Data Junction Makes the Connection" PC Week, [DEFS00019082 – DEFS00019085] | 5/25/1998 | Bert Scaizo |
| 73. | Data Junction SMC User's Guide 3.02 [DEFS00024375 – DEFS00024499] | 1990 | Tools & Techniques, Inc. |
| 74. | Data Junction User's Guide Version 3.0 [DEFS00018667 – DEFS0018945] | 1989 | Tools & Techniques, Inc. |
| 75. | Data Junction User's Guide Version 4.0 [DEFS00022322 – DEFS00022620] | 1990 | Tools & Techniques, Inc. |
| 76. | Data Junction User's Guide Version 4.2 [DEFS00010484 – DEFS00010783] | 1995 | Tools & Techniques, Inc. |
| 77. | Data Junction User's Guide Version 5.0 [DEFS00011311 – DEFS00011430] | 1995 | Tools & Techniques, Inc. |
| 78. | Data Junction User's Guide Version 5.1 [DEFS00108957 – DEFS00109248] | 1995 | Tools & Techniques, Inc. |
| 79. | Data Junction User's Guide Version 5.11 [DEFS00018399 - DEFS00018666] | 1996 | Tools & Techniques, Inc. |
| 80. | Data Junction Utilities [DEFS00019767 – DEFS00019884] | 1992 | Tools & Techniques, Inc. |
| 81. | Data Junction: A Powerful Data Manipulation Tool, Inbound/Outbound, pp. 48 – 49. [DEFS00017849 – DEFS00017850] | 07/1991 | 3D Communications, Inc. |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 82. | DataJunction Converts Your DataEase Files, [DEFS00018188 – DEFS00018189] | | Tools & Techniques, Inc. |
| 83. | New Program to Convert Dialog Data for Use in Lotus Notes, [DEFS00024368 – DEFS00024369] | 05/30/1995 | Tools & Techniques, Inc. |
| 84. | Letter from William T. Ota of Advisor Publications to Michael Hoskins of Tools & Techniques, Inc. [DEFS00024374] | 03/18/1996 | William T. Ota, Advisor Publ. |
| 85. | DataJunction Converts Your Paradox Files, [DEFS00088593] | | Tools & Techniques, Inc. |
| 86. | "Intelligent Business Strategies: ETL in the Database" [JXCM00170946-170947] | 04/2003 | Colin J. White |
| 87. | Managing Data Quality and Transformation in a Corporate Information System, pp. 1 – 18 [DEFS00035761 – DEFS00035780] | 02/1997 | Colin J. White |
| 88. | "Reliant" Article in Austin Business Journal [DEFS00107061 – DEFS00107062] | 08/1996 | Wayne Eckerson |
| 89. | "The Benefits of Network Storage for DB2 Data Warehousing" pp. 1 – 18 [JXCM00007930 – JXCM00007949] | 08/2002 | Colin J. White |
| 90. | "The White Paper" pp. 1 – 39 [DEFS00036541 – DEFS00036579] | | |
| 91. | "Tools for Traveling Data (Specialized Products for Extracting, Migrating and Cleansing Data) (Technology Information)." [DEFS00029467 – DEFS00029475] | 06/1997 | Joseph Williams, DBMS |
| 92. | Workflow Tool Improves Bank's Customer Service, InfoWorld Reprint, Vol. 15, Issue 14.[DEFS00025506 – DEFS00025507] | 04/05/1993 | Alice LaPlante |
| 93. | Deconstructing the Middleware Puzzle, Insurance & Technology. [DEFS00025464 – DEFS00025469] | 01/1995 | Yvette Debow |
| 94. | A New Approach to Data Migration [DEFS00107631 – DEFS00107635] | 10/1/1995 | Reliant Data Systems, Inc. |
| 95. | ADP Invoice [INFB00895.00014] | 5/22/1996 | Automatic Data Processing, Inc. |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 96. | Architected for Alliances: Informatica PowerMart Integrates with Leading Database [INFA 16204 – 16206] | 4/8/1996 | Query Software Inc. |
| 97. | Constellar Information Junction Business Analyst's Guide Version 1.6.2 [IBM09184151 – IBM09184275] | 1995 | Constellar Corporation |
| 98. | Constellar Information Junction Systems Administrator Guide Version 1.6.2 [IBM09184276 – IBM09184389] | 1995 | Constellar Corporation |
| 99. | Constellar Information Junction Whitepaper [DEFS00036541 - DEFS00036579] | 1994 | Constellar Corporation |
| 100. | Constellar Information Junction Whitepaper [IBM01461558 - IBM01461590] | 1995 | Constellar Corporation |
| 101. | Constellar Information Junction System Administrator's Guide Version 1.6 [DEFS00039111 – DEFS00039241] | 1996 | Constellar Corporation |
| 102. | DataStage Developer's Guide for Release 1.0 [DEFS0000021 – 211] | 01/1997 | VMARK Software, Inc. |
| 103. | DataStage Operator's Guide for Release 1.0 [DEFS0000212 – 280] | 01/1997 | VMARK Software, Inc. |
| 104. | DataStage Plug-In Stages for Release 1.0 [DEFS0000281 – 301] | 01/1997 | VMARK Software, Inc. |
| 105. | DataStage Installation Instructions [DEFS00052985 - 53003] | 01/1997 | VMARK Software, Inc. |
| 106. | DataStage Version 0.2 Product Description [DEFS00052845 - DEFS00052878] | 05/30/1996 | VMARK Software, Inc. |
| 107. | DataStage Press Release [DEFS00012254 - DEFS00012256] | 12/1996 | VMARK Software, Inc. |
| 108. | DataStage v. 1.0 source code | 1996/1997 | VMARK Software, Inc. |
| 109. | DataStage Presentation [IBM07723100 - 15] | 11/1996 | VMARK Software, Inc. |
| 110. | DataStage v 1.0 Software Sheet [IBM07725364 - 65] | | VMARK Software, Inc. |
| 111. | DataStage Release 1 Product Integration Kit [IBM07722867 - 75] | | VMARK Software, Inc. |
| 112. | DCI Theater Demo Script [INFB156.000132 - 156.000137] | | |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 113. | DJ Engine SDK Programmer's Reference, Version 6.0, pp. 1 – 174. [DEFS00018223 – DEFS00018398] | 1997 | Data Junction Corporation |
| 114. | ETI EXTRACT Conversion Specialist Guide Release 3.0 [DEFS00075459 – DEFS00075565] | 03/1996 | Evolutionary Technologies, Int'l |
| 115. | ETI EXTRACT Data Systems Library Handbook for C/Sybase Release 1.2 [DEFS00074931 – DEFS00075018] | 06/1996 | Evolutionary Technologies, Int'l |
| 116. | ETI EXTRACT Handbook for the Metadata Exchange Library Release 2.0 [DEFS00075019 – DEFS00075072] | 05/1996 | Evolutionary Technologies, Int'l |
| 117. | ETI EXTRACT Installation and Administration Guide for Release 3.0.2 [DEFS00075338 – DEFS00075458] | 01/1997 | Evolutionary Technologies, Int'l |
| 118. | ETI EXTRACT Master User's Guide Release 3.0 [DEFS00062229 – DEFS00062575] | 03/1996 | Evolutionary Technologies, Int'l |
| 119. | ETI EXTRACT Reference Manual Release 3.0 [DEFS00062948 – DEFS00063151] | 03/1996 | Evolutionary Technologies, Int'l |
| 120. | ETI EXTRACT Release Notes Release 3.0.2 [DEFS00063152 – DEFS00063265] | 01/1997 | Evolutionary Technologies, Int'l |
| 121. | ETI Unveils Next Generation Data Integration Tool [DEFS00042965 – DEFS00042967] | 12/5/1995 | Evolutionary Technologies, Int'l |
| 122. | Informatica Brings Data WareHousing to the Masses, [INFA 16199 – 16201] | 4/8/1996 | Informatica Corp. |
| 123. | Informatica Vision Leads to Company's Emergence as Premier Software Provider For Building, Managing Data Marts, [INFA 16207 - 16208] | 4/8/1996 | Informatica Corp. |
| 124. | Information Junction Server Version 1.6 System Administrator's Guide [DEFS00039111 – DEFS00039241] | 1996 | The SQL Group |
| 125. | LookOut Functional Specification Version 1.3 [DEFS00012282 - DEFS00012296] | 8/13/1991 | Jim LaVerriere |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 126. | Benefits of Automating Data Translation, IEEE Software, pp. 82-88. [DEFS00044227 – DEFS00044233] | 07/1993 | Sandra A. Mamrak; Julie Barnes; Conleth S. O'Connell |
| 127. | Mercator for Web Servers [DEFS00063597 – DEFS00063625] | | |
| 128. | Mercator Reference and User Guide [DEFS00063266 – DEFS00063596] | 11/1993 | TSI International Software Ltd. |
| 129. | Mercator Reference and User Guide Pre-Release 1.00.17 [DEFS00059189-DEFS00059461] | 7/1993 | TSI International Software Ltd. |
| 130. | Mercator-the New Rold of Data Mapping, pp. 1 – 9  [DEFS00030115 – DEFS00030124] | 1995 | TSI International Software Ltd. |
| 131. | Merge/Convert! User's Guide and Reference Manual [DEFS00019363 – DEFS00019766] | 1990 | Data Junction Corporation |
| 132. | OmniConnect Installation Guide for Digital UNIX Release 10.5.x [DEFS00082054 – DEFS00082263] | 8/15/1995 | Jim Cluett |
| 133. | Oracle and Applied Magnetics Build Data Marts Quickly, Easily with Informatica PowerMart Suite Beta A [INFA 16202 – 16203] | 4/8/1996 | |
| 134. | PowerMart 3 Transformation Reference Guide [DEFS00016191 – DEFS00016315] | 1996 | Informatica Corporation |
| 135. | PowerMart Version 3.0 Admininistrator's Guide [DEFS00015771 – DEFS00015918] | 1996 | Informatica Corporation |
| 136. | PowerMart Version 3.0 Designer's Guide [DEFS00015919 – DEFS00016190] | 1996 | Informatica Corporation |
| 137. | PowerMart Version 3.0 Installlation and Configuration Guide [DEFS00012759 – DEFS00012826] | 1996 | Informatica Corporation |
| 138. | PowerMart Version 3.0 Transformation Reference Guide [DEFS00028409 – DEFS00028533] | 1996 | Informatica Corporation |
| 139. | Appendix D - Source Code for a Query Engine of the Server 150 [DEFS00048864 – DEFS00048969] | 1995 | Sagent Technology, Inc. |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 140. | The ETI EXTRACT Tool Suite Product Overview [DEFS00042958-DEFS00042964] | 8/26/1996 | Evolutionary Technologies Int'l |
| 141. | Using Lookout, pp. 1 – 25, [DEFS00014839 – DEFS00014865] | 1991 | Channel Computing, Inc. |
| 142. | A System Prototype for Warehouse View Maintenance, Stanford Univ, Dept of CS, pp. 1-8. [DEFS00017381 – DEFS00017388] | | Janet L. Wiener; Himanshu Gupta; Wilbert Labio; Yue Zhuge; Hector Garcia-Molina; Jennifer Widom |
| 143. | APT Orchestrate Component User's Guide [IBM07723248 – 391] | 12/1995 | Applied Parallel Technologies, Inc. |
| 144. | APT Orchestrate Developer's Guide [IBM07723760 – 955] | 12/1995 | Applied Parallel Technologies, Inc. |
| 145. | APT Orchestrate Development Environment [IBM07723750 – 59] | 12/1995 | Applied Parallel Technologies, Inc. |
| 146. | APT Orchestrate Programming Reference Manual [IBM07723392 – 585] | 12/1995 | Applied Parallel Technologies, Inc. |
| 147. | Press Release concerning Orchestrate 2.0 [IBM09186985 – 86] | 2/1997 | Torrent Systems, Inc. |
| 148. | Orchestrate Installation Manual for AIX, Version 2.1 [IBM09186987 – 7058] | 5/1997 | Torrent Systems, Inc. |
| 149. | Orchestrate Installation Manual for Sun Solaris, Version 2.1 [IBM09187059 – 117] | 6/1997 | Torrent Systems, Inc. |
| 150. | Orchestrate/APT User's Guide, Version 2 .0 [IBM09187130 – 415] | 4/1997 | Torrent Systems, Inc. |
| 151. | Orchestrate/OSH User's Guide, Version 2 .0 [IBM09187416 – 627] | 4/1997 | Torrent Systems, Inc. |
| 152. | Orchestrate/OSH Component User's Guide, Version 2.0 [IBM09187628 – 985] | 4/1997 | Torrent Systems, Inc. |
| 153. | The Visual Warehouse Runtime Kernel [DEFS00030220 – 48] | 10/1995 | IBM Corp. |
| 154. | IBM Visual Warehouse General Information Release 2 [DEFS00098517 – 84] | 10/1995 | IBM Corp. |
| 155. | IBM Visual Warehouse Users Guide Release 2 [DEFS00097768 – 8114] | 10/1995 | IBM Corp. |
| 156. | IBM Visual Warehouse Getting Started Release 2 [DEFS00098585 – 619] | 10/1995 | IBM Corp. |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 157. | IBM Visual Warehouse Planning & Installation, Release 2 [DEFS00097452 – 604] | 10/1995 | IBM Corp. |
| 158. | Visual Warehouse Press Release [DEFS000039540 – 42] | 6/1995 | IBM Corp. |
| 159. | Visual Warehouse Press Release [DEFS00039543 – 50] | 10/1995 | IBM Corp. |
| 160. | Visual Warehouse Software Annoouncement [DEFS00049130 – 36] | 5/1995 | IBM Corp. |
| 161. | Visual Warehouse Software Annoouncement [DEFS00089242 – 49] | 9/1995 | IBM Corp. |
| 162. | A Relational Model of Data for Large Shared Databank [p. 377-87] | 6/1970 | E.F. Codd |
| 163. | An Architecture for a Business and Information Systems [p. 60-80] | 1988 | B.A. Devlin and P.T. Murphey |
| 164. | Building the Data Warehouse, [p. vii-272] | 1991 | W. Inmon |
| 165. | DEC Distributes Prism Warehouse Manager with Accessworks [p. 1-2] | 1994 | |
| 166. | Derivability, Redundancy, and Consistency of Relations Stored in Large Data Banks [p. 1-15] | 1969 | E.F. Codd |
| 167. | The Evolution of ETL [p. 1-13] | | Madhu Zode |
| 168. | WebSphere MQ - A short history of the Past 15 years [p. 1-4] | | Dermot Flaherty |
| 169. | SQLOLE Transfer Description for Test and Documentation Purposes [MSJX0000033123 – MSJX0000033128] | 09/27/1995 | Vij Rajarajan |
| 170. | SQLOLE BulkCopy Description for Test and Documentation Purposes [MSJX0000033120 – MSJX0000033121] | 10/05/1995 | Vij Rajarajan |
| 171. | StarFighter [MSJX0002022104 – MSJX0002022105] | 01/02/1996 | Casey Kiernan |
| 172. | E-mail from Paul Flessner to SQL Business Unit regarding Sphnix [MSJX0002001849] | 01/10/1996 | Paul Flessner |
| 173. | E-mail from Casey Kiernan to Gavin Jancke et al. regarding Sphinx Planning [MSJX0003092379] | 01/31/1996 | Casey Kiernan |

| No. | Title | Date | Author(s) |
|---|---|---|---|
| 174. | E-mail from Ted Hart to Wey Guy regarding Sphinx [MSJX0002042158] | 05/02/1996 | Ted Hart |
| 175. | Sphinx Release Definition, SQL Server 7.0 [MSJX0003084661 – MSJX0003084683] | 05/03/1996 | Microsoft Corporation |
| 176. | Database Update – May 20, 1996 [MSJX00000205541 – MSJX00000205658] | 05/18/1996 | Microsoft Corporation |
| 177. | Database Update – May 20, 1996 [MSJX-E000160] | 05/18/1996 | Microsoft Corporation |
| 178. | StarFighter II – Data Transformation Services Data Pump, Vers. 1.09 [MSJX0000032045 – MSJX0000032101] | 03/31/1997 | Stewart MacLeod |
| 179. | E-mail from Casey Kiernan to Ted Hart et al. regarding StarFighter II Project Overview [MSJX0001986033] | 06/03/1996 | Casey Kiernan |
| 180. | E-mail from Steve Kruy to Ted Hart regarding stored procs you use to read metadata [MSJX0002019093] | 01/05/1996 | Steve Kruy |
| 181. | E-mail from Paul Flessner to Ted Hart regarding Stored procedures for SQL OLE and daVinci designers [MSJX0002019086] | 01/17/1996 | Paul Flessner |
| 182. | E-mail from Ted Hart to Amrish Kumar regarding demo of OLE Automation Procedures [MSJX0002042309 – MSJX0002042310] | 03/16/1996 | Ted Hart |
| 183. | Repository Overview [MSJX0003102170 – MSJX0003102182] | 04/18/1996 | Microsoft Corporation |
| 184. | Microsoft Announces ActiveX Technologies, Microsoft Press, [MSJX0003102780 – MSJX0003102782] | 03/12/1996 | Microsoft Corporation |
| 185. | E-mail from Vij Rajarajan to StarFighter regarding StarFighter [MSJX0002019042] | 05/29/1996 | Vij Rajarajan |
| 186. | E-mail from David Marshall to Stewart MacLeod et al. regarding Future of BCP [MSJX0001983766] | 06/06/1996 | David Marshall |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 187. | E-mail from Stewart MacLeod to Ted Hart regarding Data Transformation [MSJX0002019036] | 06/07/1996 | Stewart MacLeod |
| 188. | Enhancing our UI Architecture [MSJX0002004201 – MSJX0002004203] | 06/10/1996 | Vij Rajarajan |
| 189. | E-mail from Stewart MacLeod to Ted Hart regarding TE Meeting Notes 06/20/96 [MSJX0001986019] | 06/20/1996 | Stewart MacLeod |
| 190. | Microsoft Performance Review – Standard Review Form [MSJX0001380760 – MSJX0001380764] | 08/1996 | Ted Hart |
| 191. | E-mail from Stewart MacLeod to Ted Hart et al. regarding ODBC or DB-Lib [MSJX0002003089 – MSJX0002003090] | 06/18/1996 | Stewart MacLeod |
| 192. | E-mail from Stewart MacLeod to Ted Hart et al. regarding data transform – items to resolve for final spec [MSJX0002004196 – MSJX0002004197] | 06/25/1996 | Stewart MacLeod |
| 193. | E-mail from Paul Flessner to SQL Business Unit regarding SQL Server Update [MSJX0001986016 – MSJX0001986017]] | 06/28/1996 | Paul Flessner |
| 194. | Email from Stewart MacLeod to Ted Hart re "Status" [MSJX001983729] | 07/22/1996 | Stewart MacLeod |
| 195. | Email from Casey Kiernan to Ted Hart re "Work Items"[ MSJX002022020] | 07/19/1995 | Casey Kiernan |
| 196. | Email from Stewart MacLeod to Bill Hodghead, Ted Hart re "Transformation Spec Comments (part 1)" [MSJX0001983756] | 06/24/1996 | Stewart MacLeod |
| 197. | Email from Ted Hart to Susan Radke-Sproull - cc: Phil Bernstein, Casey Kiernan, Stewart MacLeod re "Melamodel"[ MSJX002040841] | 09/09/1996 | Ted Hart |
| 198. | Active Scripting Host for StarFighter [MSJX0000031975 – MSJX0000031980] | 09/10/1996 | Vij Rajarajan |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 199. | Email from Ted Hart to Michael Pizzo re "Column [Meta]data interfaces in Data Transformation" [MSJX0002040025] | 09/12/1996 | Ted Hart |
| 200. | Email from Ted Hart to Vij Rajarajan re "Active Scripting host is done" [MSJX0002040050] | 10/16/1996 | Ted Hart |
| 201. | Log for starfter [MSJX0000033174.001 - MSJX0000033174.518] | 1996 | Microsoft Corporation |
| 202. | Email from Stewart MacLeod to Ted Hart, Vij Rajarajan, Casey Kiernan re "DTS data Pump Milestone 1" [MSJX001985933-MSJX001985934] | 01/30/1997 | Stewart MacLeod |
| 203. | Email from Vij Rajarajan to Ted Hart re "pump checked in" [MSJX002002975] | 01/31/1997 | Vij Rajarajan |
| 204. | StarFighter II - Document: Data Transformation Services Functional/Architectural Specification - Version 1.05 - Release: Sphinx [MSJX000031981-MSJX000032044] | 03/31/1997 | Stewart MacLeod; Ted Hart |
| 205. | Letter from Microsoft Corporation to "Microsoft SQL Server Beta Tester" [MSJX0003084583 - MSJX0003084592] | 06/25/1997 | Microsoft Corporation |
| 206. | DVD Entitled: Microsoft SQL Server "Sphinx" Beta 1, Build 267 [MSJX-E000157] | 06/25/1997 | Microsoft Corporation |
| 207. | DVD Entitled: SQL Server "Sphinx (Beta 2, Build 390)  [MSJX-E000115] | 12/16/1997 | Microsoft Corporation |
| 208. | Letter from Microsoft Corporation to "Microsoft SQL Server Beta Partner" [MSJX0003084593 - MSJX0003084604] | 06/22/1998 | Microsoft Corporation |
| 209. | DVD Entitled: Microsoft SQL Server 7.0 Beta 3, Build 517 [MSJX-E000155] | 06/22/1998 | Microsoft Corporation |
| 210. | Email from JeanAnn Bradley to SQL Server team re "Open Nominations for SQL Server "Sphinx" Beta-2 [MSJX0002019110-MSJX0002019114] | 11/21/1997 | JeanAnn Bradley |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 211. | Slideshow Presentation Entitled: Sphinx Beta 2 – schedule [MSJX001176726-MSJX001176730] | | Microsoft Corporation |
| 212. | Letter to Microsoft SQL Server Beta Partners – draft [MSJX001179645-MSJX001179654] | 12/06/1997 | Microsoft Corporation |
| 213. | Press release entitled, Steve Ballmer Speech Transcript - Launch of SQL Server 7.0 at Comdex/Fall '98 [MSJX0003102784 - MSJX0003102798] | 11/16/1998 | Microsoft Corporation |
| 214. | Press release entitled, Microsoft releases SQL Server 7.0 [MSJX0003102799 - MSJX0003102802] | 11/17/1998 | Jana Sanchez-Klein |
| 215. | Email from Vij Rajarajan to Starfighter re "Changes with DOC/TEST Impact" [MSJX002042643] | 01/05/1996 | Vij Rajarajan |
| 216. | Email from Ted Hart to Gavin Jancke, Ted Hart re "VB / SQL Server Integration" [MSJX02042120-MSJX02042121] | 02/16/1996 | Ted Hart |
| 217. | Inside ODBC, Microsoft Press, [MSJX0000028931 - MSJX0000029441] | 1995 | Kyle Geiger |
| 218. | Email from Casey Kiernan to Ted Hart re "Engine Requirements for Sphinx" attaching "engine.doc" attaching "StarFighter - Casey Kiernan" (01/02/1996) [MSJX0002022103] | 01/04/1996 | Casey Kiernan |
| 219. | Microsoft ODBC 2.0 Programmer's Reference and SDK Guide [MSJX0000029442-MSJX0000030253] | 1992 | Microsoft Corporation |
| 220. | Reliant Data Systems Information - Article "Downsize, Rightsize, & the Advent of the Data-Warehouse" | | Todd Coleman |
| 221. | Document Entitled "Product Benefits Architecture Technical Specifications Database & Platform Support" - Re InfoPump | 1995,1998 | Platinum Technology |

| No. | Title | Date | Author(s) |
|-----|-------|------|-----------|
| 222. | PC Week Article "Pump it Up: Replication Tool Moves Business Data" | 08/17/1995 | Lori Mitchell |

## C.    Prior Art Devices/Systems.

| No. | Title |
|-----|-------|
| 1. | InfoPump |
| 2. | Metaphor Data Interpretation System 2.0 |
| 3. | Sagent Data Mart |
| 4. | Sybase OmniSQL Server |
| 5. | Data Junction |
| 6. | Mercator V.1 |
| 7. | Data Conversion Language Engine ("DCLE") |
| 8. | Data Transformation Services ("DTS") |
| 9. | Information Junction |
| 10. | VMark DataStage |
| 11. | Orchestrate |
| 12. | Visual Warehouse |

## D.    Persons Having Knowledge.

| No. | Name | Last Known Address |
|-----|------|---------------------|
| 1. | Scott Prager | c/o Kirkland & Ellis LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 |
| 2. | J. Todd Coleman | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA  94063 |
| 3. | Colin White | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA  94063 |
| 4. | Doris Carver | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA  94063 |

| No. | Name | Last Known Address |
|-----|------|---------------------|
| 5. | Michael Hoskins | Pervasive Software, Inc.<br>12365-B Riata Trace Parkway<br>Austin, TX 78727 |
| 6. | Vij Rajarajan | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA 94063 |
| 7. | Edward Hart | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA 94063 |
| 8. | Stewart MacLeod | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA 94063 |
| 9. | Casey Kiernan | c/o Kelly C. Hunsaker<br>Fish & Richardson, P.C.<br>500 Arguello St., Suite #500<br>Redwood City, CA 94063 |
| 10. | Vladimir Gorelik | 435 Colorado Ave. #32<br>Palo Alto, CA 94306 |
| 11. | John Zicker | Sana Security<br>2121 S. El Camino Real<br>Suite 700<br>San Mateo, CA 94403 |
| 12. | David Osbourne | 3375 Koapaka St., G-350<br>Honolulu, Hawaii 96819 |
| 13. | Elayne Dudley | 163 Water Street, Suite A2<br>Exeter, NH 03833 |
| 14. | Lee Scheffler | c/o Kirkland & Ellis LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 |
| 15. | Jerry Callen | c/o Kirkland & Ellis LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 |
| 16. | Brian Donnelly | c/o Kirkland & Ellis LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 |

| No. | Name | Last Known Address |
|-----|------|--------------------|
| 17. | Cheung-Yuk Wu | c/o Kirkland & Ellis LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 |
| 18. | Peter Alexander | c/o Kirkland & Ellis LLP<br>Citigroup Center<br>601 Lexington Avenue<br>New York, NY 10022 |

Dated: October 9, 2009                    Respectfully submitted,


_____
/s/ *Andrew G. Heinz*
Andrew G. Heinz

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 9, 2009, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Andrew G. Heinz*

Andrew G. Heinz
