# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| **JUXTACOMM TECHNOLOGIES, INC.** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 2:07CV359** |
| | § | **PATENT CASE** |
| **ASCENTIAL SOFTWARE** | § | |
| **CORPORATION, ET AL.** | § | |
| | § | |
| **Defendants** | § | |

## ORDER

The Court **ORDERS** that Former Magistrate Judge Robert Faulkner, JAMS, 8401 North Central Expressway, Suite 610, Dallas, Texas 75225, (214) 744-5267, (214) 720-6010 (Fax) be added as mediator in this case. Mediation shall be conducted in accordance with the Court-Annexed Mediation Plan. *See* Appendix H to Local Rules, available on the Court's website at www.txed.uscourts.gov.

**So ORDERED and SIGNED this 13th day of October, 2009.**

_____

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**