IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § § | |
| PLAINTIFF, | § § | |
| v. | § § | Civil Action No. 2:07-CV-00359-LED |
| ASCENTIAL SOFTWARE CORP., ET AL., | § § | |
| DEFENDANTS. | § § | |

## ORDER AMENDING DOCKET CONTROL ORDER

Came on for consideration the Joint Motion to Amend Docket Control Order of Plaintiff JuxtaComm Technologies, Inc. and Defendants Ascential Software Corporation, International Business Machines, and Microsoft Corporation. The Court having considered said motion is of the opinion that same should be granted. IT IS, THEREFORE, ORDERED that the Docket Control Order (Docket No. 174) is amended as follows:

| Activity | New Deadline |
|---|---|
| File Objections to Counter Deposition Designations and file any Rebuttal Deposition Designations | October 22, 2009 |
| File Joint Proposed Jury Instructions & Verdict Form | October 28, 2009 |