**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, *et al.* <br><br> Defendants. | Civil Action No. 2:07-CV-359 LED <br><br> JURY TRIAL DEMANDED |

**IBM'S AND ASCENTIAL'S NOTICE OF JOINDER IN CERTAIN OF
<u>DEFENDANT MICROSOFT'S MOTIONS *IN LIMINE*</u>**

Defendants IBM and Ascential hereby join the following motions *in limine* filed today by Defendant Microsoft Corporation:

- Microsoft Motion *In Limine* No. 4: To preclude evidence or argument regarding incomparable licenses and acquisition data;

- Microsoft Motion *In Limine* No. 10: To preclude JuxtaComm from making improper corroboration arguments based on the wrong legal standard;

- Microsoft Motion *In Limine* No. 17: To preclude any statements regarding the use of expert witness Brian W. Napper by Fish & Richardson or Microsoft in other cases; and

- Microsoft Motion *In Limine* No. 18: To preclude any statement regarding the use of expert witness Michael J. Dansky by Fish & Richardson in a legal malpractice case.

Dated: October 19, 2009                    Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ Andrew G. Heinz
    John M. Desmarais
    Robert A. Appleby
    James E. Marina
    Andrew G. Heinz
    153 East 53rd Street
    New York, New York 10022
    Telephone: (212) 446-4800
    Fax: (212) 446-4900

    - and -

    Donald J. Curry
    Marc J. Pensabene
    FITZPATRICK, CELLA, HARPER & SCINTO
    1290 Avenue of the Americas
    New York, NY 10104-3800
    (212) 218-2100

    - and -

    Eric M. Albritton
    ALBRITTON LAW FIRM
    111 West Tyler Street
    P.O. Box 2649
    Longview, Texas 75606
    (903) 757-8449

    Attorneys for *Defendants Ascential Software Corp. and International Business Machines Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 19th day of October, 2009.

By: /s/ Andrew G. Heinz