**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br>    Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE <br>    CORPORATION, *et al*. <br><br>    Defendants. | Civil Action No. 2:07-CV-359 LED <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT MICROSOFT CORPORATION'S NOTICE OF JOINDER IN CERTAIN
OF DEFENDANTS IBM AND ASCENTIAL'S MOTIONS *IN LIMINE***

Defendant Microsoft Corporation hereby join the following motions *in limine* filed today by Defendants International Business Machines Corporation and Ascential Software Corporation (collectively, "IBM"):

- IBM's Motion *In Limine* No. 7:  To preclude JuxtaComm from relying on expert reports from other cases; and

- IBM's Motion *In Limine* No. 9:  To preclude JuxtaComm from relying on the prices IBM paid to acquire DataMirror, Cognos, and Ascential.

Dated: October 19, 2009

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Ruffin B. Cordell
Texas Bar No. 04820550
(e-mail: cordell@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Kelly C. Hunsaker (admitted pro hac vice)
(e-mail: hunsaker@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Ste. 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

W. Chad Shear
Texas State Bar No. 24013493
(e-mail: shear@fr.com)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

Eric H. Findlay
Texas State Bar No. 00789886
(e-mail: efindlay@findlaycraft.com)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137

Counsel for Defendant
MICROSOFT CORPORATION

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 19, 2009, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Kelly C. Hunsaker*
                                                Kelly C. Hunsaker

50679194