IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ASCENTIAL SOFTWARE ) <br> CORPORATION et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 2:07-CV-00359-LED |

## JOINT MOTION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") and Defendants International Business Machines Corporation and Ascential Software Corporation (collectively, "IBM") hereby move this Court to dismiss in their entirety and with prejudice JuxtaComm's claims against IBM and IBM's counterclaims against Juxtacomm, with each party to bear its own costs, expenses and attorneys fees.

DATED:                              AKIN GUMP STRAUSS HAUER & FELD LLP

_____
R. Laurence Macon
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

STEVEN M. ZAGER
State Bar No. 22241500
1111 Louisiana Street, 44th Street
Houston, Texas 77002
Telephone: (713) 220-5800
Fax: (713) 236-0822

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

-and-

**LOCAL COUNSEL**

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-6400
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
JUXTACOMM TECHNOLOGIES, INC.**

/s/ Eric M. Albritton

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Fax: (903) 758-7397
ema@emafirm.com

John M. Desmarais, P.C.
Robert A. Appleby
James E. Marina
Jason Choy
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Donald J. Curry
Marc J. Pensabene
FITZPATRICK, CELLA
HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 218-2100

Jeffrey T. Zachmann
Eric Damon
IBM CORPORATION
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914)642-3000

**ATTORNEYS FOR DEFENDANTS ASCENTIAL SOFTWARE CORP. AND INTERNATIONAL BUSINESS MACHINES CORPORATION**

