IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC.,     ) | |
|       ) | |
|      Plaintiff,     ) | |
|       ) | |
|    vs.     ) | |
|       ) | Civil Action No. 2:07-CV-00359-LED |
| ASCENTIAL SOFTWARE     ) | |
| CORPORATION et al.,     ) | |
|       ) | |
|      Defendants.     ) | |
|       ) | |
|       ) | |
|       ) | |
|       ) | |
|       ) | |

## **JOINT MOTION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") and Defendants International Business Machines Corporation and Ascential Software Corporation (collectively, "IBM") hereby move this Court to dismiss in their entirety and with prejudice JuxtaComm's claims against IBM and IBM's counterclaims against Juxtacomm, with each party to bear its own costs, expenses and attorneys fees.

DATED:                                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                          _____

                                          R. Laurence Macon
                                          State Bar No. 12787500
                                          lmacon@akingump.com
                                          KIRT S. O'NEILL
                                          State Bar No. 00788147
                                          koneill@akingump.com
                                          300 Convent Street, Suite 1600
                                          San Antonio, Texas 78205-3732
                                          Telephone:  (210) 281-7000
                                          Fax: (210) 224-2035

                                          STEVEN M. ZAGER
                                          State Bar No. 22241500
                                          1111 Louisiana Street, 44th Street
                                          Houston, Texas 77002
                                          Telephone: (713) 220-5800
                                          Fax:  (713) 236-0822

                                          MICHAEL L. KIKLIS
                                          District of Columbia Bar No. 462690
                                          1333 New Hampshire Ave., N.W.
                                          Washington, DC 20036
                                          Telephone: (202) 887-4000
                                          Fax:  (202)  887-4288

                                          -and-

                                          **LOCAL COUNSEL**

                                          T. JOHN WARD, JR.
                                          **WARD & SMITH LAW FIRM**
                                          P.O. Box 1231
                                          Longview, Texas 75606-6400
                                          Telephone:  (903) 757-6400
                                          Fax:  (903) 757-2323
                                          jw@jwfirm.com

                                          **ATTORNEYS FOR PLAINTIFF**
                                          **JUXTACOMM TECHNOLOGIES, INC.**

Eric M. Albritton
Texas State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas 75606
Telephone: (903) 757-8449
Fax: (903) 758-7397
ema@emafirm.com

John M. Desmarais, P.C.
Robert A. Appleby
James E. Marina
Jason Choy
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900

Donald J. Curry
Marc J. Pensabene
FITZPATRICK, CELLA
HARPER & SCINTO
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 218-2100

Jeffrey T. Zachmann
Eric Damon
IBM CORPORATION
1133 Westchester Avenue
White Plains, New York 10604
Telephone: (914)642-3000

**ATTORNEYS FOR DEFENDANTS**
**ASCENTIAL SOFTWARE CORP. AND**
**INTERNATIONAL BUSINESS MACHINES**
**CORPORATION**

3



## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this JOINT MOTION FOR DISMISSAL was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 20th day of October, 2009.

*/s/ Steven M. Zager*
STEVEN M. ZAGER