IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:07-CV-359 LED |

**DEFENDANT MICROSOFT CORPORATION'S ESTIMATE OF TRIAL TIME**

Pursuant to the Court's Docket Control Order, Defendant Microsoft Corporation ("Microsoft") hereby provides the following estimate of the time it requests at trial for the following events:

| Event | Time Estimate |
|---|---|
| Voir Dire | 30 minutes |
| Opening Statements | 45 minutes |
| Cross Examinations | 15 hours |
| Direct Examinations | 15 hours |
| Closing Arguments | 1.5 hours |
| **Total Time for Microsoft** | **32.75 hours** |

Microsoft reserves the right to modify these estimates and/or request additional time based on the Court's decisions on any pending motions or any other contested issues, based on

1

any issues raised during the Pretrial Conference, based on the issues and evidence that JuxtaComm puts forth during its case in chief, and based on any other developments in the case.

Dated:  October 20, 2009				Respectfully submitted,

					By:	*/s/ Kelly C. Hunsaker*
						Ruffin B. Cordell
						Texas Bar No. 04820550
						(e-mail: cordell@fr.com)
						FISH & RICHARDSON P.C.
						1425 K Street, 11th Floor
						Washington, DC 20005
						Telephone:  (202) 783-5070
						Facsimile:  (202) 783-2331

						Kelly C. Hunsaker (admitted pro hac vice)
						(e-mail: hunsaker@fr.com)
						FISH & RICHARDSON P.C.
						500 Arguello Street, Ste. 500
						Redwood City, CA 94063
						Telephone:  (650) 839-5070
						Facsimile:  (650) 839-5071

						W. Chad Shear
						Texas State Bar No. 24013493
						(e-mail: shear@fr.com)
						FISH & RICHARDSON P.C.
						1717 Main Street, Suite 5000
						Dallas, TX 75201
						Telephone:  (214) 747-5070
						Facsimile:  (214) 747-2091

						Eric H. Findlay
						Texas State Bar No. 00789886
						(e-mail: efindlay@findlaycraft.com)
						FINDLAY CRAFT, LLP
						6760 Old Jacksonville Highway, Suite 101
						Tyler Texas  75703
						Telephone:  (903) 534-1100
						Facsimile:  (903) 534-1137

					Counsel for Defendant
					MICROSOFT CORPORATION

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 20, 2009, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                             */s/ Kelly C. Hunsaker*
                                                                Kelly C. Hunsaker

50679139