IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § § | |
| PLAINTIFF, | § § | |
| v. | § § | Civil Action No. 2:07-CV-00359-LED |
| MICROSOFT CORPORATION | § § § § | |
| DEFENDANT. | § | **JURY DEMAND** |

**PLAINTIFF'S ESTIMATES OF TIME
REQUESTED FOR JURY SELECTION AND TRIAL**[1]

Pursuant to the Court's Docket Control Order (Doc. No. 174), Plaintiff hereby requests:

30 minutes for voir dire,

45 minutes for its opening statement,

48 hours for direct and cross examination, and

45 minutes for its closing argument.

---

[1] Due to the pending order of dismissal of International Business Machines Corporation and Ascential Software Corporation, JuxtaComm has made these estimates of time based on a trial involving only Microsoft and JuxtaComm.

Dated: October 20, 2009  AKIN GUMP STRAUSS HAUER & FELD LLP

*/s/ R. Laurence Macon/*
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035
STEVEN M. ZAGER
State Bar No. 22241500
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Fax: (713) 236-0822

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

– and –

**LOCAL COUNSEL**

T. JOHN WARD, JR.
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
JUXTACOMM TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Notice was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(b)(1). Pursuant to Fed. R. Civ. P. 5(a)-(d) and Local Rule CV-5(b)(2), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 20th day of October, 2009.

_R. Laurence Macon_
R. LAURENCE MACON

6406483 v1