**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC. § | |
| § | |
| PLAINTIFF, § | |
| § | |
| v. § | Civil Action No. 2:07-CV-00359-LED |
| § | |
| ASCENTIAL SOFTWARE CORP., ET AL. § | |
| § | |
| DEFENDANTS. § | |

**ORDER GRANTING MOTION TO WITHDRAW OPPOSITION (DOCKET NO. 442)
TO PLAINTIFF'S MOTION TO AMEND CONTENTIONS (DOCKET NO. 403)**

On this day the Court considered the unopposed motion of Defendants Business Objects SA and Business Objects Americas (collectively "Business Objects") to withdraw their *Opposition to JuxtaComm Technologies, Inc.'s Motion for Leave to Amend its Patent Infringement Contentions* ("Motion to Withdraw"). After considering the pleadings, the Court is of the opinion that the Motion to Withdraw should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that Business Objects' *Opposition to JuxtaComm Technologies, Inc.'s Motion for Leave to Amend its Patent Infringement Contentions* (Docket No. 442) is withdrawn.

**So ORDERED and SIGNED this 20th day of October, 2009.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**