IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JUXTACOMM TECHNOLOGIES, INC. | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-00359-LED |
| | § | |
| ASCENTIAL SOFTWARE CORP., ET AL. | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal of Plaintiff JuxtaComm Technologies, Inc.'s claims against Defendants Business Objects SA and Business Objects Americas and the counterclaims of Defendants Business Objects SA and Business Objects Americas against Plaintiff JuxtaComm Technologies, Inc. The Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims, counterclaims or causes of action asserted in this suit by Plaintiff JuxtaComm Technologies, Inc. and Defendants Business Objects SA and Business Objects Americas are hereby dismissed with prejudice. It is further ORDERED that all costs, expenses and attorneys fees are to be borne by the party that incurred them.

So ORDERED and SIGNED this 20th day of October, 2009.



LEONARD DAVIS
UNITED STATES DISTRICT JUDGE