# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### MARSHALL  DIVISION

**DATE:** October 13, 2009

| **JUDGE** | **COURT REPORTER** |
|---|---|
| LEONARD DAVIS | Kim Julian |

**Law Clerks**: Natalie Alfaro

| | |
|---|---|
| **JuxtaComm Tech, Inc.**<br>  **Plaintiff**<br><br>**vs.**<br><br>  **Ascential Software Corp., et al**<br>  **Defendant** | **CIVIL ACTION NO**:   **2:07-CV-359** |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYs  FOR DEFENDANTS** |
|---|---|
| SEE ATTACHED LIST | |

On this day, came the parties by their attorneys and the following proceedings were had:

**OPEN**: 11:10 am                                             **ADJOURN:** 11:25 am

| TIME: | MINUTES: |
|---|---|
| 11:10 am | Case called.  Parties announced ready.<br><br>Court addressed parties regarding the Court's November Docket in Marshall.  Court inquired how many parties are left in this case.  Mr. Macon responded and indicated that Microsoft, IBM & Ascencial are the remaining defendants. |
| | Court addressed the parties regarding mediation and inquired on the parties' desire to go back to mediation.  Mr. Healey responded.  Mr. Zager responded and indicated parties have been to two mediations and there is no purpose in mediating a third time.  Mr. Demarais responded and it would be helpful.  Mr. Healy further responded. |
| | Court addressed the parties regarding a change in mediators, and this in no way reflects on Jim Knowles, but Court suggested Judge Faulkner.  Mr. Demarias suggested Layne Phillips.  Mr. Healy responded and suggested early next week for mediation and for Microsoft and Plaintiff to mediate on the 19th or 20th and IBM have their own mediation. |
| | Court will appoint Judge Faulkner and will allow him to schedule the sessions he deems appropriate and asked the parties to ask Judge Faulkner to keep the Court up to date. |

**DAVID J. MALAND, CLERK**

**FILED:   10.13.2009**

BY: *Rosa L. Ferguson*, Courtroom Deputy

| TIME: | MINUTES: |
|---|---|
| | Court addressed the parties regarding trying the case in Tyler.  Court advised parties that we would be in the basement in Judge Everingham's courtroom.  Court inquired if the parties had objections to trying the case in Tyler.  Parties responded.  Mr. Macon will get with client and advise the Court before 5:00 pm on whether his client agrees to try case in Tyler. |
| 11:25 am | There being nothing further, Court adjourned. |