# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

R. LAURENCE MACON
210.281.7222/fax: 210.224.2035
lmacon@akingump.com

October 12, 2009

*Via Overnight Delivery*

Honorable Leonard Davis
United States District Judge
Eastern District of Texas
211 West Ferguson Street, Third Floor
Tyler, Texas 75702

    Re:   *JuxtaComm Technologies, Inc. v. Ascential Software Corp., et al.*; Civil Action No. 2:07-CV-00359-LED; In the United States District Court for the Eastern District of Texas, Marshall Division.

Dear Judge Davis:

    This is to confirm that the parties in the above listed matter will participate in the Telephonic Status Conference Call on October 13, 2009 at 11:00 AM. The parties will be represented on the call by the following attorneys:

*JuxtaComm Technologies*
R. Laurence Macon ✓
Steven M. Zager ✓
Kirt S. O'Neill ✓
Melanie G. Cowart ✓
Bruce A. Smith ✓

*Microsoft Corporation*
Kelly Hunsaker ✓
David Healey ✓
Rob Lytle (Microsoft in-house counsel) ✓
~~Ruffin Cordell (tentative)~~

*IBM and Ascential*
John Desmarais ✓
Robert Appleby ✓
James Marina ✓
Jeff Saxon

*Business Objects*
Bijal Vakil ✓

# AKIN GUMP
# STRAUSS HAUER & FELD LLP
Attorneys at Law

Honorable Leonard Davis
October 12, 2009
Page 2

Sincerely,

*R. L— M—*

R. Laurence Macon

Enclosures

cc: Defense Counsel *(via e-mail w/o enclosure)*
    T. John Ward, Jr., Esq. *(via e-mail w/o enclosure)*