IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JUXTACOMM TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASCENTIAL SOFTWARE CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:07-CV-359 LED |

### ORDER GRANTING MOTION TO STAY ALL PROCEEDINGS AND VACATE TRIAL DATE

The Court, having considered the Joint Motion to Stay All Proceedings and Vacate Trial Date filed by Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") and Defendant Microsoft Corporation ("Microsoft"), is of the opinion that the motion should be GRANTED. It is therefore ORDERED that all proceedings are HEREBY STAYED. All case deadlines, including without limitation the dates set forth in the Docket Control Order (Docket No. 174), the dates for all pre-trial filings and exchanges after October 20, 2009, the pretrial conference currently scheduled for October 29, 2009, the jury selection currently scheduled for November 3, 2009, and the jury trial currently scheduled to begin on November 9, 2009 are HEREBY VACATED.

So ORDERED and SIGNED this 26th day of October, 2009.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**