IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

FILED-CLERK
U.S. DISTRICT COURT

2009 OCT 29 AM 10: 27

TX EASTERN-MARSHALL

ALTERNATIVE DISPUTE RESOLUTION SUMMARY

BY_____

1. Civil action number: **2:07-cv-00359**

2. Style of case: **JuxtaComm Tech, Inc. vs. Ascential Software Corp, et al.**

3. Nature of the suit: **intellectual property**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **October 19 & 20, 2009**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.            ☐ Settled, in part, as a result of ADR

   ☒ Settled as a result of ADR                  ☐ Parties were unable to reach settlement

   ☐ Continuing to work with the parties to reach settlement *(Note provider must file supplemental ADR summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee **$24,525.00**

8. Duration of ADR: **sixteen (16) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, e.e. defendant, plaintiff):

   _Please see attached_

Please provide the names, address and telephone number of counsel on the reverse of this form.

10. Provider information:

    Robert Faulkner
    JAMS, Inc.
    8401 North Central Expressway Suite 610
    Dallas, TX 75225
    214-744-5267

_Robert Faulkner/by permission_          10/26/09
Signature                                  Date

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

John M. Desmarais Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022  USA
Tel: 212-446-4739

Ruffin B. Cordell Esq.
Fish & Richardson P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005
Tel: 202-783-5070

Steven M. Zager Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036  USA
Tel: 212-872-1000

David J. Healey Esq.
Fish & Richardson P.C.
One Houston Center
1221 McKinney, Suite 2800
Houston, TX 77010
Tel: 713-652-0115