IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **JUXTACOMM TECHNOLOGIES, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ASCENTIAL SOFTWARE CORPORATION, et al.,** <br><br> **Defendants.** | Civil Action No. 2:07-CV-359 LED |

**JOINT MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff JuxtaComm Technologies, Inc. ("JuxtaComm") and Defendant Microsoft Corporation ("Microsoft") hereby move this Court to dismiss in their entirety JuxtaComm's claims against Microsoft and Microsoft's counterclaims against JuxtaComm, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  November 6, 2009

Respectfully submitted,

FISH & RICHARDSON P.C.


By:   */s/ Kelly C. Hunsaker*
Ruffin C. Cordell
Texas Bar No. 04820550
(e-mail: cordell@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, 11th Floor
Washington, DC 20005
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Kelly C. Hunsaker (admitted pro hac vice)
(e-mail: hunsaker@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Ste. 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

W. Chad Shear
Texas State Bar No. 24013493
(e-mail: shear@fr.com)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone:  (214) 747-5070
Facsimile:  (214) 747-2091

Eric H. Findlay
Texas State Bar No. 00789886
(e-mail: efindlay@findlaycraft.com)
FINDLAY CRAFT, LLP
6760 Old Jacksonville Highway, Suite 101
Tyler Texas  75703
Telephone:  (903) 534-1100
Facsimile:  (903) 534-1137


Counsel for Defendant
MICROSOFT CORPORATION

JOINT MOTION TO DISMISS - Page 2

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   /s/ R. Laurence Macon
R. LAURENCE MACON
State Bar No. 12787500
lmacon@akingump.com
KIRT S. O'NEILL
State Bar No. 00788147
koneill@akingump.com
300 Convent Street, Suite 1600
San Antonio, Texas 78205-3732
Telephone: (210) 281-7000
Fax: (210) 224-2035

STEVEN M. ZAGER
State Bar No. 22241500
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Fax: (713) 236-0822

MICHAEL L. KIKLIS
District of Columbia Bar No. 462690
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288

T. JOHN WARD, JR.
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Fax: (903) 757-2323
jw@jwfirm.com

Attorneys For Plaintiff
JuxtaComm Technologies, Inc.

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 6, 2009, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Kelly C. Hunsaker
Kelly C. Hunsaker

50682156.doc